ACUFF v. STATE. (No. 7175.) (Court of Criminal Appeals of Texas. Nov. 8, 1922.) Appeal from District Court, Wichita County; P. A. Martin, Judge. B. W. Acuff was convicted of a felony theft, and he appeals. Reversed, and prosecution dismissed. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Appellant was indicted for felony theft. Upon trial he was convicted, and his punishment fixed at imprisonment in the penitentiary for five years. Attack was made upon the indictment because returned by an illegal grand jury. The indictment was returned by the same grand jury, the selection and organization of which we had occasion to consider in Russell v. State, 242 S. W. 240, and Saulter v. State, 242 S. W. 242. We refer to those cases for our reason for holding the said grand jury to have been illegally selected, and the indictments returned thereby invalid. For the same reasons, the judgment in this case must be reversed, and the prosecution dismissed; and it is so ordered.

ASH v. STATE. (No. 7200.) (Court of Criminal Appeals of Texas. Nov. 15, 1922.) Appeal from Bexar County Court; William Hogan, Special Judge. A. A. Ash was convicted of maintaining a nuisance, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the county court of Bexar county for criminal cases of the offense of maintaining a nuisance, and his punishment fixed at a fine of $25. The record is before us without statement of facts or bills of exception. We find no fault with the affidavit upon which the prosecution was based. The case seems to have been submitted to the court without the intervention of a jury. There appearing to us to be nothing upon which an attack upon the regularity and sufficiency of the court's judgment of guilt can be predicated, and it being our duty to affirm a conviction unless the judgment is in some sufficient way attacked, we are without discretion to do anything else, except to direct an affirmance; and it is so ordered.

BRUKETTA v. STATE. (No. 7378.) (Court of Criminal Appeals of Texas. Oct. 11, 1922.) Appeal from District Court, Jim Wells County; Hood Boone, Judge. Nicolas Bruketta was convicted of forgery, and he appeals. Appeal dismissed on motion of defendant. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for forgery; punishment, 2 years in the penitentiary. Appellant has filed his personal request, properly verified, asking that he be permitted to withdraw his appeal. The request is complied with, and the appeal is accordingly dismissed.

CUNNINGHAM v. STATE. (No. 7326.) (Court of Criminal Appeals of Texas. Oct. 18, 1922.) Appeal from District Court, San Jacinto County; J. L. Manry, Judge. John Cunningham was convicted of theft of cattle, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The conviction is for theft of cattle; sentence fixed at 2 years in the penitentiary. No bills of exception or statement of facts is furnished, and no fundamental error appears in the record. The judgment is affirmed.

EASTMAN v. STATE. (No. 6803.) (Court of Criminal Appeals of Texas. Nov. 1, 1922.) Appeal from Tarrant County Court, at Law; P. W. Seward, Judge. Gertrude Eastman was convicted of keeping a bawdyhouse, and she appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. A fine of $200 and 20 days in jail was assessed against appellant upon her conviction for keeping a bawdyhouse. No statement of facts or bills of exception appear in the record. Several matters are complained of in the motion for new trial, among them the refusal of certain special charges. None of them present questions reviewable by us in the absence of a statement of facts or bills of exception. The judgment is affirmed.

ELLIS v. STATE. (No. 7228.) (Court of Criminal Appeals of Texas. Oct. 18, 1922.) Appeal from Criminal District Court, Tarrant County; George E. Hosey, Judge. H. H. Ellis was convicted of concealing and receiving stolen property, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Appellant was charged by indictment with concealing and receiving stolen property, viz. an automobile. The jury found him guilty, and assessed his penalty at 2 years in the penitentiary. The indictment is regular. No statement of facts or bill of exceptions appears in the record. The judgment is affirmed.

GEE v. STATE. (No. 7159.) (Court of Criminal Appeals of Texas. Oct. 18, 1922.) Appeal from District Court, Fannin County; R. T. Lipscomb, Special Judge. G. J. Gee was convicted of burglary, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Appellant was charged by indictment regularly presented with the offense of burglary committed with explosives. The jury found him guilty, and assessed his punishment at confinement in the penitentiary for a period of 35 years. No bills of exception or statement of facts appear in the record. The judgment is affirmed.